**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2449

VERONICA SERRANO,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE NAVY, Naval Medical
Research Center,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-04-1212-WDQ)

Submitted:  April 20, 2005          Decided:  June 7, 2005

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Veronica Serrano, Appellant Pro Se.  Kristine L. Sendek Smith,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Veronica Serrano, a former federal employee, appeals the district court's order granting the Appellee's motion for summary judgment as to her petition for review of the Merit Systems Protection Board's decision and on her claim of employment discrimination based on age, race, sex, and reprisal in violation of Title VII of the Civil Rights Act, 42 U.S.C.A. §§ 2000e to 2000e-17 (2000). We have reviewed the record and we find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Under Seal v. Under Seal, No. CA-04-1212-WDQ (D. Md. Sept. 27, 2004). We also grant the Appellant's motion to modify the sealing of materials in this case so that only personal identifiers, including social security numbers, dates of birth, and financial information specific to account numbers, salaries, and finances are sealed. We deny the Appellant's motions for appointment of counsel and for a transcript at the Government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -